No. 94–8548.  CHRISTOPHER *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–8561.  CONTRERAS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 94–8563.  MASON *v.* OHIO.  Ct. App. Ohio, Ashland County. Certiorari denied.

No. 94–8564.  KHAN *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 94–8565.  ZAMUDIO MADRIGAL *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 94–8574.  ROSALES *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 94–8575.  HANDS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 94–8578.  GREEN *v.* UNITED STATES;
No. 94–8620.  SIMS *v.* UNITED STATES; and
No. 94–8629.  WHEELER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–8581.  RUSSELL *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 94–8582.  BULLARD *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 94–8584.  BASKIN-BEY *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 94–8585.  COURTS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 94–8586.  REED *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 94–8590.  STAUFFER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–8591.  ORTEGA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.